UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

05 MAY 11 PM 5:09

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | No. 2:01CR20141-01 |
| OBRY L. REED | DEFENDANT |

### ORDER

Upon Motion of the United States and for good cause shown, the government's motion to continue the revocation hearing is granted.

The hearing is rescheduled to __June 30__, 2005 at __1:30__ a.m./p.m.

IT IS SO ORDERED this __11th__ day of May, 2005.

BERNICE DONALD
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TENNESSEE

Submitted by:

JANA K. HARRIS
Assistant U. S. Attorney
Special Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 93 in case 2:01-CR-20141 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT