UNITED STATES DISTRICT COURT FILED BY _____ D.C.

Western District of Tennessee

05 JUL -7 PM 12: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.
                                    Case Number 2:01CR20141-01

OBRY LENE REED
    Defendant.

### JUDGMENT AND COMMITMENT ORDER
### ON SUPERVISED RELEASE VIOLATION
#### (For Offenses Committed On or After November 1, 1987)

    The defendant, Obry Lene Reed, was represented by Doris A. Randle-Holt, Esq.

    It appearing that the defendant, who was convicted on November 26, 2001 in the above styled cause and was placed on Supervised Release for a period of three (3) years and has violated the terms of Supervised Release.

    It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **eight (8) months with execution of sentence to be deferred until after October 5, 2005.**

    The defendant is allowed to remain released on present bond.

    Signed this the 6th day of July, 2005.


BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE


Defendant's SS No.: 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
Defendant's Date of Birth: 04/11/1968
U.S. Marshal No.: 17822-076
Defendant's Mailing Address: 4559 Water Mill Drive, Memphis, TN 38116

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___11/3/05___

95

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 2:01-CR-20141 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT